580 A.2d 313

**In re James J. BUTTERMORE, et ux.**

**v.**

**ALIQUIPPA HOSPITAL, et al.**

**v.**

**Frances E. MOSER.**

**Appeal of Michael ZERNICH, M.D., et al.**

**No. 53 W.D. Appeal Docket 1988.**

Supreme Court of Pennsylvania.

Oct. 1, 1990.

PER CURIAM
9/12/90
Mr. Justice LARSEN would have
  granted reargument."